

Cite as 2017 Ark. 275

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered:** October 5, 2017 |

## PER CURIAM

The court reappoints Justice Robin F. Wynne, Arkansas Supreme Court, to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2020.